1  DENNIS M. PRINCE
Nevada Bar No. 5092
2  KEVIN T. STRONG
Nevada Bar No. 12107
3  ANGELA M. LEE
Nevada Bar No. 14905
4  **PRINCE LAW GROUP**
10801 West Charleston Blvd., Suite 560
5  Las Vegas, Nevada 89135
Tel. (702) 534-7600
6  Fax (702) 534-7601
E-mail: eservice@thedplg.com
7  Attorneys for Plaintiff
*Leona Gonzales*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEONA GONZALES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DEPOSITORS INSURANCE COMPANY; NATIONWIDE MUTUAL INSURANCE COMPANY; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-02010-APG-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE HER REPLY TO DEFENDANTS DEPOSITORS INSURANCE COMPANY AND NATIONWIDE MUTUAL INSURANCE COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff LEONA GONZALES, through her counsel of record, Dennis M. Prince and Kevin T. Strong of PRINCE LAW GROUP, and Defendants DEPOSITORS INSURANCE COMPANY and NATIONWIDE MUTUAL INSURANCE COMPANY, through their counsel of record, Robert W. Freeman, Priscilla L. O'Briant, and Jennifer A. Taylor of LEWIS BRISBOIS BISGAARD & SMITH LLP, that the deadline for Plaintiff to file her Reply to Defendants' Opposition to Plaintiff's Motion to Remand shall be extended from December 15, 2020 to December 24, 2020. The Opposition was filed on December 8,



2020. This is the first request for extension of time for Plaintiff to file her Reply to Defendants' Opposition. This Stipulation and [Proposed] Order is submitted in accordance with LR IA 6-1.

The parties request this brief extension because counsel for Plaintiff is currently finalizing briefing to be submitted in a matter pending before the United States Supreme Court styled as *Liberty Mutual Fire Insurance Company v. Volungis, et al.*, Case No 20-208. This short extension of time will allow Plaintiff to fully address each of the arguments set forth in Defendants' Opposition to aid this Court in its ultimate decision as to whether this matter should be remanded back to state court.

Accordingly, the parties respectfully request this Court to approve the foregoing stipulation. Their requested extension is not made in bad faith or to unnecessarily delay these proceedings.

DATED this 15th day of December, 2020.    DATED this 15th day of December, 2020

**PRINCE LAW GROUP**                        **LEWIS BRISBOIS BISGAARD & SMITH LLP**


*/s/Kevin T. Strong*                        */s/ Jennifer A. Taylor*
DENNIS M. PRINCE                            ROBERT W. FREEMAN
Nevada Bar No. 5092                         Nevada Bar No. 3062
KEVIN T. STRONG                             PRISCILLA L. O'BRIANT
Nevada Bar No. 12107                        Nevada Bar No. 10171
10801 W. Charleston Boulevard               JENNIFER A. TAYLOR
Suite 560                                   Nevada Bar No. 6141
Las Vegas, Nevada 89135                     6385 S. Rainbow Boulevard, Suite 600
Attorneys for Plaintiff                     Las Vegas, Nevada 89118
                                            Attorneys for Defendants

## ORDER

**IT IS SO ORDERED.**

DATED this 15th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE

